## CONNECTICUT STATE EMPLOYEES ASSOCIATION
### *v.* DEPARTMENT OF HOUSING ET AL.
### (14325)

O'Connell, Schaller and Santaniello, Js.

Argued January 9—decision released January 30, 1996

*Robert J. Krzys*, for the appellant (plaintiff).

*Maria C. Rodriguez*, assistant attorney general, with whom, on the brief, were *Richard Blumenthal*, attorney general, and *Charles A. Overend*, assistant attorney general, for the appellees (defendants).

PER CURIAM. The judgment is affirmed.